BRISTOL–MYERS COMPANY v. DIRECTOR,
DIVISION OF TAXATION.

March 10, 1987.

Petition for certification denied.

BENJAMIN F. WASHINGTON v. HOWARD L. BEYER.

March 10, 1987.

Petition for certification denied.

STEVEN BOOTH v. EDWARD BOOTH, ET AL.

March 10, 1987.

Petition for certification denied.

GEORGE RING, ET AL. v. TOWNSHIP COMMITTEE
OF THE TOWNSHIP OF GREEN BROOK.

March 10, 1987.

Petition for certification denied.